# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TIMOTHY EDWARD HOLZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-24-416-G |
| | ) |
| **BROOKE JASPER et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Timothy Edward Holz, appearing pro se, filed this federal civil rights action and applied for leave to proceed *in forma pauperis*. On June 28, 2024, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Doc. No. 6) finding that Plaintiff had failed to cure the deficiencies in his application and recommending that Plaintiff's application for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by July 15, 2024. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 6) in its entirety. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. Nos. 2, 4) is DENIED.

Plaintiff is advised that unless he pays the $405.00 filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 19th day of August, 2024.

_____
CHARLES B. GOODWIN
United States District Judge